

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00092-MCE |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JAMIR IMARI TATUM, | |
| Defendant. | |
| _____/ | |

TO:  THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release **JAMIR IMARI TATUM** in case number 2:12-cr-00092-MCE, from custody for the following reason(s):

|  |  |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ |
| _____ | Unsecured Appearance Bond |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| X | Other:  Pursuant to the Court's sentence of TIME SERVED. |

Issued at Sacramento, California on May 7, 2020 at 11:32 a.m.

DATED:  May 7, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE